## UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>**Shownicia Hull** | )<br>) Case No.   3:21-CR-00035-CAR-CHW (2)<br>)<br>)<br>) |

### ORDER

On December 6, 2022, the above name defendant was sentence in the Middle District of Georgia to time served followed by one year of supervised release for Misprision of a Felony in violation of 18 U.S.C. § 4. On December 9, 2022, Hull commenced the term of supervised release. On October 16, 2023, a *Petition for Warrant or Summons for Offender Under Supervision* (Doc. 90) was filed with the Court alleging Hull violated the terms of her supervised release. For good and sufficient cause shown to the Court, it is now ordered that the petition be dismissed.

SO ORDERED this \_\_11\_\_ day of \_\_Jan_____, 2023.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: AMM